**Kevin W. DAISEY, Petitioner,**

v.

**NATIONAL TRANSPORTATION SAFETY BOARD; et al.,
Respondents.**

No. 02–70341.

NTSB No. NA–37.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 22, 2002.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Kevin W. Daisey petitions pro se for review of the decision of the National Transportation Safety Board ("NTSB") that it lacks jurisdiction over Daisey's appeal from a decision of the Federal Aviation Administration ("FAA"). We have jurisdiction under 49 U.S.C § 1153(a). We review de novo the NTSB's conclusions of law. *Olsen v. National Transp. Safety Bd.,* 14 F.3d 471, 474 (9th Cir.1994). We deny the petition for review.

The NTSB correctly determined that it lacked jurisdiction over Daisey's appeal of the FAA's revocation and non-approval of check airman authority because check airmen serve under the Administrator's delegated authority, which the Administrator may rescind "at any time for any reason." 49 U.S.C. § 44702(d); *cf. Adams v. FAA,* 1 F.3d 955, 956–57 (9th Cir.1993) (per curiam) (holding that this court lacked jurisdiction to review the FAA's decision to not renew a pilot examiner designation); *Greenwood v. FAA,* 28 F.3d 971, 974–75 (9th Cir.1994) (same).

Because Daisey has failed to show a liberty or property interest in check airman authority, we deny his due process claims. *See Greenwood,* 28 F.3d at 975–77.

We have reviewed and reject Daisey's remaining contentions.

PETITION DENIED.

R.App. P. 34(a)(2). Accordingly, we deny Daisey's motion for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.